# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rickey Louis Alford

Case No. Civil 00-2481JRT/SRN

v.

**JUDGMENT IN A CIVIL CASE**

U.S. Copyright Office,
Library of Congress, William B.
Clinton, President and Robert L. Ayer,
Pelican Bay Prison Warden

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's "ex-parte motion consolidation in the Eighth Circuit Court of Appeals Docket No. 00-3434 pending Missouri: Africa barrels of Oil," is denied and this action is summarily dismissed without prejudice.

DATE: January 30, 2001

FRANCIS E. DOSAL, CLERK

_______________________________

Denise La Fond, Deputy Clerk